# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PC d/b/a LEXINGTON LAW FIRM, *et al.*,<br><br>    Defendants. | Case No.:  5:19-cv-13755-JEL-APP<br><br>Judge Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Mark W. Dobronski ("Plaintiff") and Defendants John C. Heath Attorney at Law, PLLC d/b/a Lexington Law Firm and John C. Heath ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that Plaintiff's claims asserted against Defendants in the above-captioned action may be dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Accordingly, upon due consideration and by the request of the parties, Plaintiff's claims against Defendants in the above-captioned matter are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own attorneys' fees and costs incurred herein.

This matter is CLOSED.

SO ORDERED.

Date: February 20, 2020                    s/Judith E. Levy
                                           United States District Judge

**We ask for this:**

/s/ Mark W. Dobronski (w/consent)          /s/ Joshua L. Zeman
Mark W. Dobronski                          Joshua L. Zeman (P80055)
*Pro Se* Plaintiff                         PEPPER HAMILTON LLP
Post Office Box 85547                      4000 Town Center, Suite 1800
Westland, Michigan 48185-0547              Southfield, Michigan 48075-1505
Telephone: (734) 641-2300                  Telephone: (248) 359-7309
Email: MarkDobronski@yahoo.com             Facsimile: (313) 731-1571
                                           Email: zemanj@pepperlaw.com
                                           *Counsel for Defendants*

Dated: February 19, 2020